## LOCCARD vs. BULLITT.

APPEAL from the court of the sixth district.

The court,
not the party,
must judge
whether due di-
ligence has been
used to procure
testimony.

PORTER, J. delivered the opinion of the court
The first question to be decided in this case, is
on an application for a new trial. It was bot-
tomed on an affidavit of the plaintiff, which
stated, "that he had discovered new and im-

portant evidence in his behalf, which he could not, by using reasonable diligence, have discovered before; and that he believed he could prove by it, certain facts material to his case."

It is the opinion of the court, that that of the first instance did not err in considering this affidavit as insufficient. It is too loose and general; and the party making it, if he swore falsely could not have been convicted of perjury. It should have stated the names of the witnesses, if the testimony expected was parol; or if written, its nature, and where it had been found; *for the court, not the party, must judge whether reasonable diligence was used.*

We have examined the evidence, and see nothing to authorise us to come to a different conclusion from that of the district court.

It is therefore ordered, adjudged and decreed, that the judgment be affirmed with costs.

*Rost* for the plaintiff, *Bullard & Holkam* for the defendant.